IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Robert Peoples, ) | C/A No.: 1:10-106-CMC-SVH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| Lt. Daryl King; Sgt. Samuel Johnson; ) | |
| Nurse Sandra Jones, Ofc. NFN ) | |
| Goodwin; Sgt. Terrence Forde; Lt. ) | |
| Classes Thompson; Cpl. Dessirene ) | |
| Lloyd; Ofc. Monique Steward; Ofc. ) | |
| Michael Lawrence; Ofc. Deborah Coles; ) | |
| Capt. David Nunnaly; Warden Stan ) | |
| Burtt; Assoc. Warden McKither ) | |
| Bodison; Assoc. Warden Fred ) | |
| Thompson; Major Adrian Martell; Cpl. ) | |
| NFN Johnson; Ofc. Cleman Drew IV; ) | |
| Lt. R. Steward, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff filed this action, which is construed as alleging violations of 42 U.S.C. § 1983. Defendants filed a motion for summary judgment on August 1, 2011 [Entry #116]. As Plaintiff is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), on August 2, 2011, advising him of the importance of a motion for summary judgment and of the need for him to file an adequate response. [Entry #118]. Plaintiff was specifically advised that if he failed to respond adequately, Defendants' motion may be granted, thereby ending this case.

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Plaintiff has failed to respond to the motion. As such, it appears to the

court that he does not oppose the motions and wishes to abandon this action. Based on the foregoing, it is ordered that Plaintiff shall advise the court as to whether he wishes to continue with this case and to file a response to Defendants' motion for summary judgment by September 21, 2011. Plaintiff is further advised that if he fails to respond, this action will be recommended for dismissal with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

*[signature]*

September 7, 2011                                  Shiva V. Hodges
Florence, South Carolina                United States Magistrate Judge