IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Robert Peoples, | ) | C/A No.: 1:10-106-CMC-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | REPORT AND RECOMMENDATION |
| Lt. Daryl King; Sgt. Samuel Johnson; | ) | |
| Nurse Sandra Jones, Ofc. NFN | ) | |
| Goodwin; Sgt. Terrence Forde; Lt. | ) | |
| Classes Thompson; Cpl. Dessirene | ) | |
| Lloyd; Ofc. Monique Steward; Ofc. | ) | |
| Michael Lawrence; Ofc. Deborah Coles; | ) | |
| Capt. David Nunnaly; Warden Stan | ) | |
| Burtt; Assoc. Warden McKither | ) | |
| Bodison; Assoc. Warden Fred | ) | |
| Thompson; Major Adrian Martell; Cpl. | ) | |
| NFN Johnson; Ofc. Cleman Drew IV; | ) | |
| Lt. R. Steward, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff filed this action, which is construed as alleging violations of 42 U.S.C. § 1983. Defendants filed a motion for summary judgment on August 1, 2011 [Entry #116]. As Plaintiff is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), on August 2, 2011, advising him of the importance of a motion for summary judgment and of the need for him to file an adequate response. [Entry #118]. Plaintiff was specifically advised that if he failed to respond adequately, Defendants' motion may be granted, thereby ending this case. Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Plaintiff has failed to respond to the motion.

On September 7, 2011, the court ordered Plaintiff to advise whether he wished to continue with the case by September 21, 2011. [Entry #122]. Plaintiff has filed no response. As such, it appears to the court that he does not oppose the motion and wishes to abandon this action. Based on the foregoing, the undersigned recommends this action be dismissed with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO RECOMMENDED.

*[signature]*

September 22, 2011                                         Shiva V. Hodges
Florence, South Carolina                                 United States Magistrate Judge